**Order entered January 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00017-CV
No. 05-17-00018-CV

**IN RE SENRICK SHERN WILKERSON, Relator**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183 and F10-01184**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** these original proceedings for want of jurisdiction.

/s/  DAVID L. BRIDGES
    JUSTICE